LARSON, Respondent, vs. HANSON, Appellant.

For the appellant: *Lines, Spooner & Quarles,* attorneys, and *Charles B. Quarles* and *James T. Guy* of counsel, all of Milwaukee.

For the respondent: *Slensby & Zaidins,* attorneys, and *W. B. Rubin* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

MOE (MAURICE W.), Respondent, vs. MILWAUKEE ELEC-TRIC RAILWAY & LIGHT COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Paulsen* of Milwaukee.

For the respondent: *Bentley Courtenay,* attorney, and *Albert K. Stebbins* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

*February 7, 1933.*

FILLAFER, Appellant, vs. SCHULZ, Respondent.

For the appellant: *Thos. H. Dorr* of Milwaukee.
For the respondent: *Wolfe & Hart* of Milwaukee.

*By the Court.*—Judgment affirmed.